**WILSON SONSINI**

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 212.999.5899

> Defendant Aadi Bioscience, Inc.'s request is granted. The parties shall submit the joint letter by October 7, 2021. Defendant Aadi Bioscience Inc. shall answer, or otherwise respond to, the Complaint by October 7, 2021. The proposed case management plan shall be due on October 7, 2021. The initial pretrial conference scheduled for September 14, 2021 is adjourned to October 14, 2021 at 10:30 a.m.
>
> SO ORDERED.
> Date: September 7, 2021
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

September 3, 2021

<u>VIA CM/ECF</u>

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **Unopposed Letter Motion for Adjournment of Deadlines**
     ***Komurke v. Aerpio Pharmaceuticals Inc. et al.***, No. 1:21-cv-05686-JPC

Dear Judge Cronan:

We are counsel to Defendant Aadi Bioscience, Inc. ("Aadi") in the above-captioned matter. We write pursuant to ¶ 3.B. of Your Honor's Individual Rules and Practices in Civil Cases to request a 30-day adjournment to the scheduled Initial Pretrial Conference (and attendant deadline for a joint submission) as well as a 30-day extension of time to answer, move, or otherwise respond to the Complaint (ECF No. 1) in this action.

In particular, we respectfully request that these appearances and deadlines be reset as set-forth below.

| Appearance/Event | Current Date/Deadline | Requested New Date/Deadline |
|---|---|---|
| Parties to submit a joint letter in advance of Initial Pretrial Conference | September 7, 2021 | October 7, 2021 |
| Aadi's deadline to answer, move, or otherwise respond to the Complaint | September 7, 2021 | October 7, 2021 |
| Initial Pretrial Conference | September 14, 2021 | October 14, 2021 |

We note that Aadi is the only Defendant that has appeared or – to our knowledge – has been served in this action and we submit that an adjournment of the Initial Pretrial Conference (and attendant joint submission) is appropriate given the incipient nature of this case. Aadi further seeks an extension of time to respond to the Complaint in order to evaluate the claims and allegations set forth therein, and to prepare an appropriate response.

WILSON SONSINI

The Honorable John P. Cronan
September 3, 2021
Page 2

      No previous extensions to these dates, or any other dates, have so-far been requested in this action. Counsel for Plaintiff Dwayne Komurke has authorized us to convey that they consent to these requests.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Paul C. Gross*
Paul C. Gross
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: pgross@wsgr.com

Ignacio E. Salceda*
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: ISalceda@wsgr.com

Shannon E. German*
222 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 304-7600
Facsimile: (866) 974-7329
Email: sgerman@wsgr.com

*Counsel to Defendant Aadi Bioscience, Inc.*

**Pro hac vice* application forthcoming

cc:    All Counsel of Record (via CM/ECF)