# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DWAYNE KOMURKE,<br><br>  Plaintiff,<br><br>v.<br><br>AERPIO PHARMACEUTICALS INC., STEVEN PRELACK, CALEY CASTELEIN, CHERYL COHEN, ANUPAM DALAL, PRAVIN DUGEL, ASPEN MERGER SUBSIDIARY, INC., and AADI BIOSCIENCE, INC.,<br><br>  Defendants. | Case No.: 1:21-cv-05686-JPC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Dwayne Komurke ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: September 13, 2021          **BRODSKY SMITH**

                    By: */s/ Evan J. Smith*
                       Evan J. Smith
                       240 Mineola Boulevard
                       Mineola, NY  11501
                       Phone: (516) 741-4977
                       Facsimile (516) 741-0626

                       *Attorneys for Plaintiff*